**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FRANK DOMBOS,

      Plaintiff,

    v.                                    No. CV 13-696 WJ/CG

DR. OMAR IZQUIERDO, CORIZON
MEDICAL SERVICES, DON DOUGLAS,

      Defendants.


**ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on September 30, 2013. (Doc. 9). In the PFRD, the Magistrate Judge recommended that Plaintiff's *Motion to Remand*, (Doc. 7), be granted. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 9 at 6). No objections have been filed and the deadline of October 18, 2013 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Mr. Frank Dombos' *Motion to Remand* is **GRANTED**.


_____
HONORABLE WILLIAM P. JOHNSON
UNITED STATES DISTRICT JUDGE